IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

VS.                                    CASE NO. 4:09-CR-40021

YVONNE DOCKERY                                                              DEFENDANT

## **ORDER**

Before the Court is a Motion to Reduce Sentence (ECF No. 90) and Motion to Expedite and Supplement Motion to Reduce Sentence (ECF No. 91). Defendant moves the Court to reduce her sentence of imprisonment. Since Defendant filed these motions, however, she has been released from prison.[1] Thus, the Court finds that the motions should be and hereby are **DENIED AS MOOT**.

IT IS SO ORDERED, this day 9th day of January, 2014.

/s/ Harry F. Barnes
Harry F. Barnes
Senior United States District Judge

---

[1] Defendant was released from prison on May 9, 2013.